William D. Naeve (SBN 92270)
wnaeve@murchisonlaw.com
Bryan M. Weiss (SBN 128679)
MURCHISON & CUMMING, LLP
801 S. Grand Ave., 9th Floor
Los Angeles, CA  90017
(213) 925-7435

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY and THE NORTH RIVER INSURANCE COMPANY, <br><br> Plaintiff(s), <br> v. <br> WEYERHAEUSER NR COMPANY, et al. <br><br> Defendant(s). | CASE NUMBER <br> 2:20-cv-08216 <br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| September 15, 2020 | /s/ William D. Naeve |
| *Date* | *Signature of Attorney/Party* |

*NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*__F.R.Civ.P. 41(c):__ Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*